IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                                        CRIMINAL NO. 2:16-CR-15-KS-MTP-2

JOHNNY AKEEM ALLEN                                             DEFENDANT

ORDER DENYING BOND PENDING SENTENCING

THIS CAUSE IS BEFORE THE COURT on Motion [51] filed by Johnny Akeem Allen requesting that he be granted bond pending his sentencing pursuant to 18 U.S.C. §3143(a)(1). The Government has responded [52] and the Court has considered the request for bond and the response. The Court finds that the Movant has not met the requirements for bond pending sentencing. He has not established that there is a substantial likelihood for a motion for acquittal or new trial in his case nor has he established that the Government has recommended no sentence of imprisonment. Unless these can be established incarceration is mandatory.

For the reasons above stated, the Court finds that the Motion for Bond Pending Sentencing be and the same is hereby DENIED.

SO ORDERED this the ___23rd___ day of March, 2017.

                                                ___s/Keith Starrett_____
                                                UNITED STATES DISTRICT JUDGE